# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JEREMY STOKES** | **CASE NO. 6:23-CV-01351** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **STATE FARM FIRE & CASUALTY CO** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, this matter is DISMISSED WITHOUT PREJUDICE for failure to abide by the Court's orders and failure to prosecute.

Signed at Lafayette, Louisiana, this 15th day of July, 2025.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE